COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Senior Care Living, VI, LLC and Mark C. Bouldin v. Preston Hollow Capital, LLC, UMB Bank N.A., and TMI Trust Company

Appellate case number:   01-21-00602-CV

Trial court case number: 19-DCV-265897

Trial court:             458th District Court of Fort Bend County

The appellate record in this appeal was originally due on December 2, 2021. On December 4, 2021, the court reporter filed a first request for extension of the deadline to file the reporter's record. In the first request for extension, the court reporter requested that the deadline to file the reporter's record be extended to February 2, 2022. On December 6, 2021, the first motion to extend the deadline to file the reporter's record was granted in part, extending the deadline for filing the reporter's record to January 5, 2022. *See* TEX. R. APP. P. 35.3(c) (extensions for filing record may not exceed thirty days).

The reporter's record was not filed with the Clerk of this Court by the extended deadline, and the court reporter did not seek an additional extension of the deadline for filing the reporter's record. Accordingly, on January 12, 2022, we ordered the court reporter to file the reporter's record within thirty days of the date of the order, on or before February 11, 2022. However, on February 7, 2022, the court reporter filed a second request for extension of the deadline to file the reporter's record, requesting that the deadline be extended to March 2, 2022. The court reporter's requested extension was granted by the Court on February 7, 2022.

The reporter's record was not filed by the March 2, 2022 deadline. On March 8, 2022, we ordered the court reporter to file the reporter's record on or before April 7, 2022. Again, the reporter's record was not filed by the extended deadline. However, on April 21, 2022, the court reporter filed a third motion for extension of time for filing the reporter's record stating that she "just need[ed] two more weeks" to file the reporter's record. The additional two weeks requested in the third motion for extension passed on May 5, 2022, which was one hundred and fifty-four days after the original deadline for filing the record, and the reporter's record was not filed with the Clerk of this Court.

The third motion for extension of time to file the reporter's record is **denied**. *See* TEX. R. APP. P. 35.3(c) (requiring courts to ensure that appellate record is timely filed). The court reporter is ordered to file the reporter's record within **fourteen days of the date of this order**. If the reporter's record is not filed within fourteen days of the date of this order, we will issue an order abating this appeal and directing the trial court to conduct a hearing to determine the reason for the court reporter failing to file the reporter's record.

It is so ORDERED.


Judge's signature: _____/s/ April Farris_____
                      ☑ Acting individually    ☐ Acting for the Court

Date: __May 19, 2022___